# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151429(32)

TAMARA FILAS,
      Petitioner-Appellant,

v

DEARBORN HEIGHTS SCHOOL DISTRICT
NO. 7,
      Respondent-Appellee.
_____/

SC: 151429
COA: 325172
State Tenure Comm: 13-010933-ED

On order of the Chief Justice, the motion of the petitioner-appellant to suspend the filing due date of her reply until the Court addresses the motion to strike is DENIED. Petitioner-appellant shall have seven days from the date of this order to submit a reply in accordance with the administrative order dated June 30, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2015

